**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-6378**

———————————

ANTHONY SMITH,

                                     Petitioner - Appellant,

        versus

STEPHEN D. MULLER,

                                     Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-99-61-5-BR)

———————————

Submitted: May 13, 1999               Decided: May 19, 1999

———————————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Anthony Smith, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Smith seeks to appeal the district court's marginal order denying his motion for reconsideration from the denial of his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998) as untimely filed. We have reviewed the record and the district court's opinion dismissing the petition as untimely and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Smith v. Muller, No. CA-99-61-5-BR (E.D.N.C. Mar. 11, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2